OPINION — AG — QUESTION(1): WHETHER THE BOARD OF CONTROL OF A COUNTY HOSPITAL MAY LEGALLY PAY A DEBT THAT WAS INCURRED IN A PRIOR FISCAL YEAR OUT OF APPROPRIATIONS MADE IN A SUBSEQUENT FISCAL YEAR? — NEGATIVE, QUESTION(2): WHETHER THE BOARD OF CONTROL OF A COUNTY HOSPITAL MUST PUBLISH NOTICE REGARDING THIS INCURRED INDEBTEDNESS UNDER THE PROVISIONS OF 62 O.S. 1961 310.4 [62-310.4] — IS MOOT CITE: ARTICLE X, SECTION 26, 19 O.S. 1965 Supp., 790.1 [19-790.1](D) (JOSEPH MUSKRAT)